

**FOX ROTHSCHILD LLP**
(Formed in the Commonwealth of Pennsylvania)
Michael J. Viscount, Jr. (MV 4219)
Raymond M. Patella (RP 6161)
Brian R. Isen (BI 9738)
1301 Atlantic Ave, Suite 400
Atlantic City, NJ 08401
609-348-4515/fax 609-348-6834
mviscount@foxrothschild.com
rpatella@foxrothschild.com
bisen@foxrothschild.com
*Attorneys for the Debtor*
*and Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| OYSTER CREEK INN, INC. | Case No. 13-22624 (GMB) |
| Debtor. | Hearing Date: December 3, 2013 |

**ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 1121(e)(3) (I) EXTENDING THE EXCLUSIVE TIME PERIOD DURING WHICH THE DEBTOR MAY FILE A CHAPTER 11 PLAN OR PLANS OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF; AND (II) EXTENDING THE TIME TO CONFIRM A <u>CHAPTER 11 PLAN OF REORGANIZATION</u>**

The relief set forth on the following page numbered 2, is hereby **ordered**.

**DATED: 12/3/2013**

Gloria M. Burns, Chief Judge
United States Bankruptcy Court Judge

Debtor: Oyster Creek Inn, Inc.
Case No. 13-22624 (GMB)
Title of Order: ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 1121(e)(3) (I) EXTENDING THE EXCLUSIVE TIME PERIOD DURING WHICH THE DEBTOR MAY FILE A CHAPTER 11 PLAN OR PLANS OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF; AND (II) EXTENDING THE TIME TO CONFIRM A CHAPTER 11 PLAN OF REORGANIZATION

This matter came before the Court by Fox Rothschild LLP, counsel to Oyster Creek Inn, Inc., the Debtor and Debtor-in-Possession herein (the "Debtor") on the *Debtor's Motion For An Order Pursuant To Section 1121(e)(3) Extending The Exclusive Period During Which The Debtor May File A Chapter 11 Plan Or Plans Of Reorganization And Solicit Acceptances Thereof And (II) Extending The Time Fixed Pursuant To Section 1129(e) To Confirm A Plan Of Reorganization From 45 Days After The Date A Plan Of Reorganization Is Filed To 60 Days After The Date A Plan Of Reorganization Is Filed* (the "Motion"), and upon notice to parties who have requested notice in this proceeding pursuant to Bankruptcy Rule 2002 and the Office of the United States Trustee; and it appearing that the Court has jurisdiction over this matter; and this Court having found good and sufficient cause and appearing; therefore, it is hereby ORDERED, as follows:

1. The Motion is granted.

2. The exclusivity period under 11 U.S.C. § 1121(e) for the Debtor to file a plan is extended to and including April 2, 2014.

3. Pursuant to 11 U.S.C. § 1129(e), the time within which the Court shall confirm a plan is extended to not later than 60 days after the Plan is filed.

4. A copy of this Order shall be served upon the Office of the United States Trustee and parties requesting notice in these proceedings, within 5 days of the entry of this Order.