**FOX ROTHSCHILD LLP**
(Formed in the Commonwealth of Pennsylvania)
Michael J. Viscount, Jr. (MV 4219)
Raymond M. Patella (RP 6161)
Brian R. Isen (BI 9738)
1301 Atlantic Ave, Suite 400
Atlantic City, NJ 08401
609-348-4515/fax 609-348-6834
mviscount@foxrothschild.com
rpatella@foxrothschild.com
bisen@foxrothschild.com
*Attorneys for the Debtor*
*and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> OYSTER CREEK INN, INC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 13-22624 (GMB) |

**CERTIFICATE OF CONSENT**

     I, Raymond M. Patella, Esquire, of full age, being duly sworn according to law, hereby make a solemn oath:

     1.    I am an attorney duly admitted to practice law in the State of New Jersey.

     2.    I am a Partner with the firm of Fox Rothschild LLP (formed in the Commonwealth of Pennsylvania) ("Fox Rothschild"), which is counsel to Oyster Creek Inn, Inc., the Debtor (the "Debtor") in the above-captioned proceedings.

     3.    On or about June 5, 2014, Fox Rothschild circulated for consent and signature that certain Consent Order Resolving Richard Simon Trustee's Motion to Dismiss or Convert Case (the "Consent Order"), a copy of which has been submitted to the Court concurrently herewith.

4. The signatories to the Consent Order are the Debtor (Raymond M. Patella, Esquire signing) and Richard Simon, Trustee (Keith A. Bonchi, Esquire signing). Fox Rothschild has received the facsimile of the signed copy of the Consent Order from all signatories.

5. The terms of the submitted Consent Order are identical to those set forth in the original Consent Order.

6. Fox Rothschild will retain the original Consent Order for the required retention period.

7. Fox Rothschild will make the original Consent Order available for inspection upon request of the Court or any other party in interest.

I certify that the foregoing statements made by me are true. I am aware that if any such statements are willfully false, I am subject to punishment.

Dated: June 9, 2014

**FOX ROTHSCHILD LLP**
(Formed in the Commonwealth of Pennsylvania)

*Counsel to the Debtor*

By: /s/ Raymond M. Patella
    Raymond M. Patella